# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> ROSCOE REAL, LLC, a California Limited Liability Company; and DOES 1–10, <br><br> Defendants. | Case No.: CV 20-00781-CJC (SKx) <br><br> **JUDGMENT** |

This matter came before the Court on Plaintiff's application for default judgment. (Dkt. 14.) On May 6, 2020, the Court granted Plaintiff's application in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff on his ADA claim. Defendant Roscoe Real, LLC shall provide accessible paths of travel, parking spaces, seating, and restrooms in compliance with the Americans with Disabilities Act Accessibility Guidelines at the Synn

Gentlemen's Club located at 8314 Sepulveda Boulevard in North Hills, California. Plaintiff is awarded attorneys' fees in the amount of $2,940 and costs in the amount of $593.95.

DATED: May 7, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE